# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Juan Ramirez-Mijarez**<br>YOB: 1990; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-06000 MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about April 26, 2019, at or near Sells, in the District of Arizona, **Juan Ramirez-Mijarez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on April 2, 2018, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

<u>Count 2</u>: On or about April 23, 2018, at or near Sasabe, in District of Arizona, **Juan Ramirez-Mijarez**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Juan Ramirez-Mijarez** is a citizen of Mexico. On April 2, 2018, **Juan Ramirez-Mijarez** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On April 26, 2019, agents found **Juan Ramirez-Mijarez** in the United States at or near Sells, Arizona without the proper immigration documents. **Juan Ramirez-Mijarez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Juan Ramirez-Mijarez** admitted to illegally entering the United States of America from Mexico on or about April 23, 2018, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JS2/JJO<br>AUTHORIZED AUSA /s/Julie Sottosanti | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 29, 2019 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54